UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELLE FINKEL,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>                          Defendant. | Case No.: 3:18-cv-01972-AJB-MSB<br><br>**ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**(Doc. No. 23)** |

Upon consideration of the parties' "Stipulation for the Award of Attorney Fees Under the Equal Access to Justice Act," the Court **GRANTS** Plaintiff's motion for award of attorney fees. (Doc. No. 23.) It is hereby **ORDERED** that Plaintiff be awarded attorney fees in the amount $5,900.00. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

**IT IS SO ORDERED.**

Dated: March 24, 2020

                                                     Hon. Anthony J. Battaglia
                                                     United States District Judge